JUDGE KOELTL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

     -v-                              :      INDICTMENT

LUIS RODRIGUEZ-CASTILLO,               :      08 Cr.
     a/k/a "Dupon,"
     a/k/a "Dari," and                 :
RENE RODRIGUEZ,
     a/k/a "Rana,"                     08 CRIM  478
     a/k/a "Jose Gonzalez,"
                                       :
          Defendants.
                                       :
- - - - - - - - - - - - - - - - - - - -x
```

SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAY 28 2008

Count One

The Grand Jury charges:

1. From at least in or about February 2007 up to and including at least in or about April 2007, in the Southern District of New York and elsewhere, LUIS RODRIGUEZ-CASTILLO, a/k/a "Dupon," a/k/a "Dari," and RENE RODRIGUEZ, a/k/a "Rana," a/k/a "Jose Gonzalez," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that LUIS RODRIGUEZ-CASTILLO, a/k/a "Dupon," a/k/a "Dari," and RENE RODRIGUEZ, a/k/a "Rana," a/k/a "Jose Gonzalez," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit,

5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

<u>Overt Act</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about March 18, 2007, LUIS RODRIGUEZ-CASTILLO and RENE RODRIGUEZ, the defendants, discussed the delivery of cocaine to a customer over the telephone using coded language.

(Title 21, United States Code, Section 846.)

<u>FORFEITURE ALLEGATION</u>

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, LUIS RODRIGUEZ-CASTILLO, a/k/a "Dupon," a/k/a "Dari," and RENE RODRIGUEZ, a/k/a "Rana," a/k/a "Jose Gonzalez," the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

<u>Substitute Asset Provision</u>

i.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS RODRIGUEZ-CASTILLO,
a/k/a "Dupon,"
a/k/a "Dari," and
RENE RODRIGUEZ,
a/k/a "Rana,"
a/k/a "Jose Gonzalez,"

Defendants.

INDICTMENT

08 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
             Foreperson.

*[handwritten notation: Fld. Ind. Post 11-1-?? This case is assigned to Judge Koeltl for all purposes.]*