```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

LUIS RODRIGUEZ-CASTILLO AND RENEE
RODRIGUEZ,

           Defendant.

---

08 Cr. 478 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

Luis Rodriguez-Castillo is directed to appear for a conference on **June 10, 2008 at 4:00 p.m.**

Because an adjournment is needed to allow for the Government to complete discovery and for the defendants to review it, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **June 4, 2008**, until **June 10, 2008** as to both defendants from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            June 4, 2008

                                    John G. Koeltl
                               United States District Judge