# JOHN L. RUSSO
### Attorney at law
31-01 BROADWAY, 4th Floor
ASTORIA, NEW YORK 11106
Telephone: (718) 777-1777
Facsimile: (718)777-2737
E-mail: Johnlawny@msn.com

JUL 03 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08
```

*Kings County Office:*
616 Manhattan Avenue
Brooklyn, New York 11222

*Reply to Astoria Office Only\**

*Counsel:*
Milton H. Florez, Esq
Michael Horne, Esq.

*Of Counsel:*
Argyropoulos & Bender

*Senior Paralegal:*
Maria Mandilas, CLA

July 10, 2008

**Via Facsimile Only**
Honorable John G. Koeltl
District Court Judge
United States District Court
Southern District, New York
500 Pearl Street
New York, NY 10007

*[Handwritten:] Counsel must still appear at the scheduled conference. So ordered. [signature] U.S.D.J. 7/10/08*

Re: *United States v. Rene Rodriguez a/k/a Jose Gonzalez*
   08 Cr. 478 (JGK)

Dear Judge Koeltl:

This office represents Rene Rodriguez, the defendant in the above referenced case. The matter is next scheduled on the Court's calendar for a status conference on Thursday July 24, 2008 at 4:30 p.m.

When my client was arraigned on the indictment in this matter on June 12, 2008, I indicated to the Court that my continued representation of Mr. Rodriguez was uncertain given his family's apparent inability to retain my services. It has now been ascertained by me that Mr. Rodriguez will not be able to meet any financial terms for my services. Therefore, I am respectfully requesting that I be relieved as attorney for Rene Rodriguez in this matter and that new counsel be assigned to represent him.

The Court's consideration of this request is greatly appreciated. Thank you.

Yours truly,

John L. Russo (JR6200)

JLR:mm
cc: AUSA Arianna R. Berg (via facsimile)