UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                08 cr 478 (JGK)

      -against-

                                **SPEEDY TRIAL ORDER**

LUIS RODRIGUEZ-CASTILLO and
RENE RODRIGUEZ,
                       Defendants.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

       The parties are directed to appear for a conference on **Friday, October 3, 2008 at 10:00am** before the Honorable John G. Koeltl.

       The Court prospectively excludes the time from today until **October 3, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                     JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         July 24, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08